CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 19 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| QUINTEN L. JACKSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05CV00210 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SHERIFF GEORGE MCMILLAN, et al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that Robert Cook's motion for summary judgment shall be and hereby is **GRANTED**, and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 19th day of April, 2006.

_/s/ Glen E. Conrad_
United States District Judge